EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                      | 2024 TSPR 116 |
|                                                             |               |
| Aprobación de cambio de Estatus Inactivo de septiembre de 2024 | 214 DPR ___ |

Número del Caso:  EM-2024-0015

Fecha:  31 de octubre de 2024

Materia: Aprobación de cambio de Estatus Inactivo de septiembre de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus       EM-2024-0015
Inactivo de septiembre de 2024

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de octubre de 2024.

Durante el periodo de septiembre de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Néstor D. Ramírez Cuebas | 4,157 |
| Carlos J. Quilichini Teissonniere | 6,764 |
| Elmer L. Cuerda Acevedo | 8,479 |
| José R. Rivera Marrero | 14,487 |
| Ilia Y. Torres García | 17,096 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo